**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JOHN ALFRED REGALADO** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 6:16-CV-1188** |
| | § | |
| **v.** | § | |
| | § | |
| **GEORGE W. BUSH, SR., ET AL.** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff John Alfred Regalado's ("Plaintiff") Complaint filed on September 26, 2016. (Doc. No. 1.) On October 19, 2016, Magistrate Judge John D. Love issued an Order for Plaintiff to file an Amended Complaint within thirty (30) days from receipt of the Order. (Doc. No. 5.) The Court received an Acknowledgment Receipt of the Order on October 21, 2016. (Doc. No. 6.) Although Plaintiff filed a Motion to Produce Court Documents (Doc. No. 7), Plaintiff did not file an Amended Complaint as ordered. On December 7, 2016, the Magistrate Judge issued a Report and Recommendation that the above-captioned matter be dismissed with prejudice. (Doc. No. 8.) No objections to the Report and Recommendation were filed.

This Court agrees with the Magistrate Judge's finding that Plaintiff has failed to follow the local rules and prosecute his case. Additionally, Plaintiff has failed to plead facts plausibly invoking grounds for the Court's jurisdiction as required by Federal Rule of Civil Procedure 8. This Court agrees with the Magistrate Judge's conclusion that Plaintiff would be unable to bring

a plausible claim based on the facts presented. Therefore, dismissal with prejudice is the proper

course of action.

Accordingly, this Court, finding no plain error in the Magistrate Judge's reasoning and

analysis hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. For the reasons

stated in the Report and Recommendation, all of Plaintiff's claims are **DISMISSED WITH**

**PREJUDICE.**

**So Ordered and Signed**
**Jan 4, 2017**

_____
Ron Clark, United States District Judge